UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| WALLIE CLARKE,<br><br>                Plaintiff,<br><br>  vs.<br><br>NORTHWEST PIPE FITTINGS, INC.,<br><br>               Defendant. | CIV. 16-5100-JLV<br><br>ORDER GRANTING EXTENSION |

Pursuant to the parties' joint motion to amend the scheduling order, it is

ORDERED that the motion (Docket 13) is granted and the scheduling order is amended as follows:

1. The identity of and reports from retained experts under Rule 26(a)(2) shall be due from plaintiff by **February 16, 2018**, and from defendant by **April 16, 2018**;

2. All discovery, including expert discovery, shall be commenced in time to be completed by **May 16, 2018**;

3. All motions, other than motions *in limine*, together with supporting briefs, shall be filed and served on or before **June 1, 2018**; and

4. Designations, disclosures, and reports under Rule 26(a)(2) are **not** filed with the Clerk.

IT IS FURTHER ORDERED that all other provisions of the court's scheduling order (Docket 12) remain in effect unless specifically changed.

Dated September 13, 2017.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE